Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and O'Donnell, JJ.

■ In the Matter of CHARLES HARRIS, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, et al., Appellants. — Judgment unanimously affirmed (*see, People ex rel. Corcoran v Smith,* 105 AD2d 1142). (Appeal from judgment of Supreme Court, Wyoming County, Newman, J. — art 78.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and O'Donnell, JJ.

■ In the Matter of ANTHONY MCGHEE, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, et al., Appellants. — Judgment unanimously affirmed (*see, People ex rel. Corcoran v Smith,* 105 AD2d 1142). (Appeal from judgment of Supreme Court, Wyoming County, Feeman, J. — art 78.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and O'Donnell, JJ.

■ In the Matter of PAUL PITTS, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, et al., Appellants. — Judgment unanimously affirmed (*see, People ex rel. Corcoran v Smith,* 105 AD2d 1142). (Appeal from judgment of Supreme Court, Wyoming County, Newman J. — art 78.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and O'Donnell, JJ.

■ In the Matter of ZUL-QARNAIN A. SHA-HID, Also Known as PAUL PITTS, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Appellant. — Judgment unanimously affirmed (*see, People ex rel. Corcoran v Smith,* 105 AD2d 1142). (Appeal from judgment of Supreme Court, Wyoming County, Newman, J. — art 78.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and O'Donnell, JJ.

■ In the Matter of ELADIO RIVERA, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Appellant. — Judgment unanimously affirmed (*see, People ex rel. Corcoran v Smith,* 105 AD2d 1142). (Appeal from judgment of Supreme Court, Wyoming County, Newman, J. — art 78.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and O'Donnell, JJ.